# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **A.R.**, : No. 3:15cv1780 |
|     **Plaintiff** : |
| : (Judge Munley) |
| **v.** : |
| : |
| **JEFFREY NORRIS, JAMES** : |
| **TALLERICO, and MONTROSE AREA** : |
| **SCHOOL DISTRICT,** : |
|     **Defendants** : |

:::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## ORDER

**AND NOW**, to wit, this 10th day of November 2015, plaintiff's motion to remand under 28 U.S.C. § 1447(c) alleging a procedural defect in the notice of removal (Doc. 9) is **GRANTED**.  The Clerk of Court is directed to **REMAND** this case, including Defendant Montrose Area School District's motion to dismiss (Doc. 5), to the Court of Common Pleas of Lackawanna County, Pennsylvania.

                                                      **BY THE COURT:**

                                                      **s/ James M. Munley**  
                                                      **JUDGE JAMES M. MUNLEY**  
                                                      **United States District Court**